IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


TERRI DEVLIN                                                                                    PLAINTIFF

v.                                              Civil No. 4:19-cv-4103

HEALTHY CONNECTIONS, INC.                                                      DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by Defendant. ECF No. 15. After Defendant filed its Motion to Dismiss, Plaintiff filed a First Amended and Substituted Complaint in this matter. ECF No. 19. Thus, the Court finds that Defendant's Motion to Dismiss (ECF No. 15) should be and hereby is **DENIED AS MOOT**. *See Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002).

**IT IS SO ORDERED**, this 12th day of November, 2019.


/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge