IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRI DEVLIN                                                                                    PLAINTIFF

v.                                            Case No. 4:19-cv-4103

HEALTHY CONNECTIONS, INC.                                                        DEFENDANT

## ORDER

Before the Court is a Joint Stipulation of Dismissal With Prejudice. ECF No. 26. The parties stipulate that Plaintiff's claims against Defendant should be dismissed with prejudice. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of September, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge